FILED
June 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ____DT____
      Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAYRA OROZCO-DIAZ,<br><br>Defendant. | Case No: EP:25-CR-01450-LS<br><br>**I N D I C T M E N T**<br><br>**CT1:** 18 USC § 111(a) & (b) – Assault of a Federal Officer<br><br>**CT 2:** 18 U.S.C. § 1546(a) False Personation in Immigration Matters |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about June 4, 2025, in the Western District of Texas, Defendant,

**MAYRA OROZCO-DIAZ,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with D.M., a person designated in Title 18, United States Code, Section 1114, to wit: striking the body of, causing physical contact with, and inflicting bodily injury on D.M., who was then engaged in the performance of official duties, in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT TWO

On or about June 4, 2025, in the Western District of Texas, the defendant,

**MAYRA OROZCO-DIAZ,**

when applying for admission to the United States, did knowingly personate another, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney

2